# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM J. WARREN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 15-1067 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Robert C. Mitchell |
| WELLS FARGO BANK, N.A, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Robert C. Mitchell for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On March 9, 2017, the Magistrate Judge issued a Report (Doc. 68) recommending that Defendant's Motion for Summary Judgment (Doc. 52) be granted, and Plaintiffs' Motion to Strike Declaration of Crystal Kearse (Doc. 62) be denied as moot. Service of the Report and Recommendation was made, and no objections have been filed.

After a review of the motions and documents in the case, together with the Report and Recommendation, the following Order is entered:

Defendant's motion for summary judgment (Doc. 52) is GRANTED. The Motion to Strike Declaration of Crystal Kearse (Doc. 62) is DENIED AS MOOT. The Clerk of Court shall mark this case as CLOSED.

The Report and Recommendation of the Magistrate Judge, dated March 9, 2017, hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

March 24, 2017                                        s/Cathy Bissoon
                                                                  Cathy Bissoon
                                                                  United States District Judge

cc (via ECF email notification):

All counsel of record